IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LINDA LEA BAUGH,                        *
                                       *
            Plaintiff,                 *
vs.                                    *   No. 4:14CV00252 SWW-JTR
                                       *
CAROLYN W. COLVIN, Acting              *
Commissioner, Social Security          *
Administration,                        *
                                       *
            Defendant.                 *

**Order**

The Court has reviewed the Recommended Disposition submitted by United States

Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court

concludes that the Recommended Disposition should be, and hereby is, approved and adopted in

its entirety as this Court's findings in all respects.  The Court will enter judgment affirming the

decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

DATED this 1ˢᵗ day of July, 2015.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE