IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LINDA LEA BAUGH, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:14CV00252 SWW-JTR |
| | * | |
| CAROLYN W. COLVIN, Acting | * | |
| Commissioner, Social Security | * | |
| Administration, | * | |
| | * | |
| Defendant. | * | |

## Judgment

Pursuant to the Order entered in this matter on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

DATED this 1st day of July, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE